Dinzel NORMAN *v.* STATE of Arkansas

CR 95-361                                       918 S.W.2d 720

Supreme Court of Arkansas
Opinion delivered April 1, 1996

*George J. Stone,* for appellant.

No response.

PER CURIAM. Counsel, George J. Stone, requests a continuance for filing appellant's brief. Counsel's reason is that his law license was suspended on March 8, 1996, because of a deficiency in continuing legal education hours. He states that he expects to cure

the deficiency on March 29, 1996, and have his license reinstated shortly thereafter.

 Counsel's motion is granted for thirty days. The clerk is directed to set a briefing schedule after the thirty-day period has run. The court forwards this per curiam to the Professional Conduct Committee for its consideration.